UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06mc423

| | |
|---|---|
| In re Issuance of Subpoena to APLUS.NET INTERNET SERVICES. | ) ) ) ) |

This matter is before the Court on Movant John W. Brittan III's request for a subpoena. (Doc. No . 1). The Clerk of Court is hereby **ORDERED** to issue the subpoena described in Document Number 2, Exhibit A.

Signed: December 12, 2006

Robert J. Conrad, Jr.
Chief United States District Judge